IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IONNAE ALVARADO-JONES | : CIVIL ACTION |
| | : |
| v. | : NO. 25-1505 |
| | : |
| VICTORIA'S SECRET STORES, LLC | : |
| d/b/a VICTORIA'S SECRET & PINK | : |
| BY VICTORIA'S SECRET | : |

## ORDER

AND NOW, this 18th day of June 2025, upon considering Defendant's Motion to partially dismiss claims under the Pennsylvania Human Relations Act and Philadelphia Fair Practices Ordinance (ECF 10), Plaintiff's Response (ECF 12) conceding the untimeliness of her Pennsylvania claim, following helpful oral argument during the Initial Pretrial Conference, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant's Motion for partial dismissal (ECF 10) requiring we **DISMISS** Plaintiff's claims under the Pennsylvania Human Relations Act and the Philadelphia Fair Practices Ordinance with prejudice and will proceed on the federal claims consistent with our June 16, 2025 Order (ECF 18).

_____
KEARNEY, J.